Form a0nclose
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
221 East Fourth Street, Suite 800
Cincinnati, OH 45202−4133

| | |
|---|---|
| In Re: Brian L. Doyle | Case No.: 1:19−bk−10356 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID: xxx−xx−4394 | Judge: Beth A. Buchanan |

### Notice to Trustee Regarding Status of Case

The above captioned case cannot be discharged and/or closed due to the following:

☐ No indication of the 341 Meeting Held

☑ Report of No Distribution or Final Report Needed

☐ Final Account (and Closing Certification, if applicable) Needed

☐ Other:

Dated: April 14, 2021

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court